Filed 6/26/19

# IN THE SUPREME COURT OF CALIFORNIA

THE PEOPLE,
Plaintiff and Respondent,
v.
LUIS DONICIO VALENZUELA,
Defendant and Appellant.

S239122

Second Appellate District, Division Six
B269027

Ventura County Superior Court
2013025724

---

**ORDER MODIFYING OPINION**

THE COURT:

The majority opinion in this matter, filed on June 3, 2019, is modified as follows:

On page 3 of the slip opinion, footnote 2 is modified to read: "Defendant also had his probation revoked, leading to the imposition of an additional eight-month term, in a separate case in which he had been convicted of possession of a controlled substance (Health & Saf. Code, § 11377, subd. (a))."

This modification does not affect the judgment.